CHAMBERS OF
SANDRA J. FEUERSTEIN
JUDGE

United States District Court
Eastern District of New York
Alphonse M. D'Amato U.S. Courthouse
1014 Federal Plaza
Central Islip, New York 11722-4445

June 17, 2004

Hon. Mary M. Lisi
Judicial Conference of the United States
Committee of Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:     Calendar Year 2003 Filing

Dear Judge Lisi:

In response to your letter of May 28, 2004, please consider this letter to be an amendment to my 2003 report.

Paragraphs 1 & 3:

- Part VII, page 2, line 27 in the nomination report 2002 and in the report filing 2003 should have stated: "Gruntal, a division of Ryan, Beck & Co." (see enclosed)

Paragraph 2:

- Part VII, page 6, lines 92 and 93 in the 2003 filing should have stated:

"No income was received and column B(1) under 'amount' was correctly left blank in lines 92 & 93, the word 'none' should be inserted in column B(2) under 'type' for lines 92 & 93."

Enclosed please find three copies of my response to the numbered paragraphs 1, 2 and 3 referred to in your letter of May 28, 2004.

I would appreciate receiving a copy of the filing instructions.

Sincerely,

Sandra J. Feuerstein

SJF/mc
Enclosure

ste Headquarters
eh Orange Avenue
on NJ 07032 5817

# GRUNTAL

A DIVISION OF RYAN, BECK & CO., LLC

**Branch Toll Free Number**



ement Period: ████ 2002
through: ████ 2002

Account Number: ████

Phone Number: ████

**Statement for the account of:**

SANDRA FEUERSTEIN

**Your Account Executive:**

Gruntal & Co. LLC

PLEASE SEE THE ENCLOSED ISSUE OF THE OUTLINE NEWSLETTER FOR A LETTER TO CLIENTS FROM OUR CHAIRMAN AND CHIEF EXECUTIVE OFFICER, BEN A. PLOTKIN. HE DISCUSSES HOW CLIENTS WILL BENEFIT FROM THE ENHANCED CAPABILITIES AND RESOURCES OF OUR NEWLY EXPANDED ORGANIZATION, GRUNTAL, A DIVISION OF RYAN, BECK & CO., L.L.C.

## DIVIDEND, INTEREST AND DISTRIBUTION SUMMARY

|  | This Period | | This Year | |
|---|---|---|---|---|
|  | Taxable | Non Taxable | Taxable | Non Taxable |
| ney Fund Income | .72 | .00 | 3.28 | .00 |
| Dividends and Interest | $.72 | $.00 | $3.28 | $.00 |

Pershing Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

SIPC

CHAMBERS OF
SANDRA J. FEUERSTEIN
JUDGE

United States District Court
Eastern District of New York
Alphonse M. D'Amato U.S. Courthouse
1014 Federal Plaza
Central Islip, New York 11722-4446

April 16, 2004

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, D.C. 20544

**SELF INITIATED AMENDMENT**

RECEIVED

> *RE:* **Financial Disclosure 2003**
> **Sandra J. Feuerstein**
> **District Court - Active**
> **E.D.N.Y.**

To whom it may concern:

Enclosed please find an original and three copies of the Financial Disclosure Report for calendar year 2003.

In the Nomination Report the pension agreement was listed under Part II Agreements. I assumed my duties on October 23, 2003. I reported my ███████████ non-investment income in Part III which includes ██████ payment from October 23, 2003 to the end of the year.

Very truly yours,



Sandra J. Feuerstein

SJF/mc

Enclosures

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

### Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Feuerstein, Sandra J | 2. Court or Organization  U.S. District Court - E.D.N.Y. | 3. Date of Report  4/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. Report Type (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  1014 Federal Plaza  Central Islip, NY 11722 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ▆▆▆ | ▆▆▆▆▆▆▆ |
| 2. ▆▆▆▆ | ▆▆▆ |
| 3. ▆▆▆▆ | ▆▆▆▆▆▆ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Feuerstein, Sandra J | 4/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | ▓▓▓▓▓ | 114,403.00 |
| 2. | 2003 | ▓▓▓▓▓▓▓ | 5,766.00 |
| 3. | 2003 | ▓▓▓▓▓▓▓ | 2,866.00 |
| 4. | 2003 | ▓▓▓▓▓ | 2,500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self Employed Attorney, General Partner - Real Estate, Management |
| 2. | 2003 | ▓▓▓▓▓▓ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fleet (formerly held by Washington Mutual) | Mortgage on Rental Condo Unit #1, Jersey City, NJ (PT VII, line 1) Satisfied on Sale 9/5/03 | - |
| 2. | Fleet (formerly held by Washington Mutual) | Mortgage on Rental Condo Unit #2, Jersey City, NJ (PT VII, line 2) | J |
| 3. | Fleet (formerly held by Washington Mutual) | Mortgage on Rental Condo Unit #3, Jersey City, NJ (PT VII, line 3) | J |
| 4. | Fleet (formerly held by Washington Mutual) | Mortgage on Rental Condo Unit #4, Jersey City, NJ (PT VII, line 4) | J |
| 5. | Astoria Federal Savings | Mortgage on Rental Condo, Unit #5, Jersey City, NJ (PT VII, line 5) | J |
| 6. | Astoria Federal Savings | Mortgage on Rental Code, Unit #6, Jersey City, NJ (PT VII, line 6) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1, Jersey City, NJ (1982 $56,000) | C | Rent | - | - | Sale | 9/5 | N | G | Mr. Hamiton |
| 2. Rental Property #2, Jersey City, NJ (1982 $55,000) | D | Rent | L | R | | | | | |
| 3. Rental Property #3, Jersey City, NJ (1984 $69,400) | D | Rent | L | R | | | | | |
| 4. Rental Property #4, Jersey City, NJ (1984 $84,500) | D | Rent | L | R | | | | | |
| 5. Rental Property #5, Jersey City, NJ (1983 $66,500) | D | Rent | L | R | | | | | |
| 6. Rental Property #6, Jersey City, NJ (1983 $60,000) | D | Rent | L | R | | | | | |
| 7. Rental Property #7, Jersey City, NJ (1983 $75,000) 50% | D | Rent | K | R | | | | | |
| 8. Rental Property #8, Jersey City, NJ (1984 $77,300) 50% | D | Rent | K | R | | | | | |
| 9. Rental Property #9, Jersey City, NJ (1984 $69,000) 50% | C | Rent | - | - | Sale | 11/17 | L | E | E. Benavides |
| 10. Rental Property #10, Jersey City, NJ (1982 $38,000) | D | Rent | K | R | | | | | |
| 11. Rental Property #11, Jersey City, NJ (1985 $33,278) | - | None | - | - | Sale | 8/18 | M | G | S. Haim |
| 12. Rental Property #12, Jersey City, NJ (1985 $30,867) | - | None | - | - | Sale | 9/5 | M | G | P. Rivo |
| 13. Rental Property #13, Jersey City, NJ (1986 $44,000) 1/3% | | None | - | - | Sale | 2/6 | K | D | Del-Rite Assoc. |
| 14. Rental Property #14, Jersey City, NJ (1986 $50,000) | - | None | - | - | Sale | 3/12 | K | E | D. Collins |
| 15. Rental Property #15, Long Beach, NY (1978 $19,000) | D | Rent | K | R | | | | | |
| 16. Mortgage on Property #16, Jersey City, NJ (1983 $76,000) 50% | | None | K | T | Satisfaction | 1/3 | L | | See note Part VIII |
| 17. N.Y.S. Deferred Comp Fund (M) Stable Income | B | Interest | K | T | | | | | |
| 18. Nassau County Federal Credit Union (NCFCU) (M) | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Morgan Stanley (M) | B | Interest | M | T | | | | | |
| 20. Harris Direct (M) | B | Dividend | - | - | Transferred | | | | See note Part VIII |
| 21. Gunn Allen Finance (M) | A | Dividend | J | T | | | | | |
| 22. Fidelity (M) | B | Interest | M | T | | | | | |
| 23. Accutrade (M) | A | Interest | - | - | Transferred | | | | See note Part VIII |
| 24. HSBC (M) | B | Dividend | M | T | | | | | |
| 25. American Port. Bear Stearn (M) | C | Dividend | M | T | | | | | |
| 26. Salmon Smith Barney (M) | A | Dividend | M | T | | | | | |
| 27. Gruntal & Co. (M) | A | Dividend | J | T | | | | | |
| 28. E Trade (M) | A | Dividend | - | - | Transferred | | | | See note Part VIII |
| 29. Citi Bank (BA) | A | Interest | K | T | | | | | |
| 30. Fleet Bank (BA) | A | Interest | J | T | | | | | |
| 31. Davis N.Y. Venture A (F) | A | Dividend | K | T | | | | | |
| 32. Fidelity Magellan Fund (F) | - | None | J | T | | | | | |
| 33. Janus Fund (F) | | None | K | T | | | | | |
| 34. MSDW Emerging Markets (F) | | None | K | T | | | | | |
| 35. PBHG Emerging Growth (F) | | None | - | - | Sale | 10/17 | J | | |
| 36. Putnam Int. Growth (F) | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Van Kampen Port Unit 181 (T) | | None | - | - | Sale | 9/5 | J | | |
| 38. FT Unit 392E (T) | | None | - | - | Sale | 9/5 | J | | |
| 39. Inteli Corp. (S) | | None | - | - | Sale | 11/24 | J | | |
| 40. Loral Space (S) | | None | - | - | Sale | 11/20 | J | | |
| 41. Inteli Check (S) | | None | L | T | | | | | |
| 42. J.P. Morgan Chase (S) | B | Dividend | K | T | | | | | |
| 43. Talk America (S) | | None | L | T | | | | | |
| 44. Agilent Tech (S) | | None | - | - | Sale | 9/17 | J | | |
| 45. AT&T Wireless (S) | | None | - | - | Sale | 9/17 | J | | |
| 46. AT&T Corp. (S) | A | Dividend | - | - | Sale | 9/17 | J | | |
| 47. Corning (S) | | None | J | T | | | | | |
| 48. Global Crossing (S) | | None | - | - | Sale | 9/17 | J | | |
| 49. Hewlett Packard (S) | A | Dividend | J | T | | | | | |
| 50. Intel (S) | A | Dividend | K | T | | | | | |
| 51. JDS Uniphase (S) | | None | J | T | | | | | |
| 52. Lucent Technologies (S) | | None | J | T | | | | | |
| 53. Rite Aid Corp. (S) | | None | J | T | | | | | |
| 54. Schlumberger Ltd. (S) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Sun Microsystem (S) | A | Dividend | J | T | | | | | |
| 56. Sun Trust Bank (S) | A | Dividend | K | T | | | | | |
| 57. Texas Instruments (S) | A | Dividend | J | T | | | | | |
| 58. Web MD Corp. (S) | | None | J | T | | | | | |
| 59. Washington Post (S) | A | Dividend | K | T | | | | | |
| 60. Bear Stearns S&P Stars (F) | | None | K | T | | | | | |
| 61. Middle Country Central School District (B) | A | Interest | J | T | | | | | |
| 62. New York State HSB Bond (B) | A | Interest | J | T | | | | | |
| 63. Great Neck Estates, NY GO (B) | A | Interest | J | T | | | | | |
| 64. Great Neck Estates, NY GO (B) | A | Interest | J | T | | | | | |
| 65. Units N.Y. Insd Mun #40 (T) | A | Interest | J | T | | | | | |
| 66. Unit N.Y. Insd Mun #50 (T) | A | Interest | J | T | | | | | |
| 67. Abbott Lab (S) | A | Dividend | J | T | | | | | |
| 68. Cisco Systems (S) | | None | J | T | | | | | |
| 69. Comcast (S) | | None | K | T | | | | | |
| 70. Marriott Int. (S) | A | Dividend | J | T | | | | | |
| 71. Motorola (S) | A | Dividend | J | T | | | | | |
| 72. Orbital Sciences (S) | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More then $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Pharmacia (S) | A | Dividend | K | T | | | | | |
| 74. Viacom B (S) | | None | K | T | | | | | |
| 75. Nassau County N.Y. RFDG (B) | A | Interest | - | - | Redemption | 5/1 | K | | Nassau County |
| 76. Triboro Bridge & Tunnel Authority | A | Interest | J | T | | | | | |
| 77. N.Y. GO 8/15/10 (B) | A | Interest | K | T | | | | | |
| 78. M.S. Global Div Growth B (F) | A | Dividend | K | T | | | | | |
| 79. MS Capital Opportunities (F) | A | Dividend | J | T | | | | | |
| 80. MS Eur. Growth B (F) | A | Dividend | K | T | | | | | |
| 81. MS Div Growth B (F) | A | Dividend | K | T | | | | | |
| 82. Globstar Tel-com (S) | | None | - | - | Sale | 9/18 | A | | |
| 83. Cole Computer Corp. (S) | | None | J | T | | | | | |
| 84. Equinix Inc. (S) | | None | L | T | | | | | |
| 85. Free Star Tech (S) | | None | J | T | | | | | |
| 86. Diversified Sec. Sol (S) | | None | - | - | Sale | 11/8 | J | | See note Part VIII |
| 87. Urban Diag. Inc. $10,000 Note Due 8/1/02 | | None | J | T | | | | | |
| 88. Karp Management & Consulting, LLC (Loan) (L) | | None | J | T | | | | | |
| 89. Monsanto (S) | | None | J | T | | | | | |
| 90. Perrigo (S) | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. American Capital | A | Interest | J | T | | | | | |
| 92. Quality Rest. Ventures X | | | J | T | | | | | See note Part VIII |
| 93. Liquid Golf Corp. | | | J | T | Buy | 7/23 | J | | See note Part VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Feuerstein, Sandra J | Date of Report<br><br>4/15/2004 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

KEY TO VII:

M   =   Money Market
BA  =   Bank Account
DS  =   Stock
B   =   Bond
T   =   Unit Trust
F   =   Fund
N   =   Note
L   =   Loan
MS  =   Morgan Stanley
S   =   Seco
RS  =   Restricted Stock
GP  =   General Partner
FMR =   Formerly

VIII:

Part VII item #16 was purchase money mortgage satisfied on 1/3/03 - sale took place 1/31/01.
Part VII item #20 Harris Direct transferred to Salmon Smith Barney on 10/3/03 Part VII page 2 line 26;
Part VII item #23 Accutrade transferred to Salmon Smith Barney on 5/19/03 Part VII page 2 line 26;
Part VII item #28 E trade transferred to Salmon Smith Barney on 5/20/03 Part VII page 2 line 26;
Part VII item #86 Diversified Sec. Sol was sold 11/8/02;
Part VII item #92 Qualified Rest. Ventures restricted stock purchase and value did not exceed $1,000 and was not previously reported.
Part VII item #93 Liquid Golf Corp. conversion of a note in 2003 on 7/23.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Feuerstein, Sandra J | 4/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _April 15, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544